No. 1916. PEOPLE, APPELLEE, *v.* VEGA, APPELLANT.—Violation of section 69 of the Excise-tax Law. Decided April 7,

1922. The *Fiscal* acquiesced in a reversal because the evidence was insufficient. *Reversed.*